FILED Rec'd
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y. WLY
★ AUG 25 2010 ★
BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE ZYPREXA PRODUCTS LIABILITY LITIGATION | ORDER<br>04-MD-1596 |
| LINDA YVONNE RUTLEDGE,<br><br>Plaintiff,<br><br>– against –<br><br>ELI LILLY & CO.,<br><br>Defendant. | 10-CV-3705 |

**JACK B. WEINSTEIN**, Senior United States District Judge:

The court is in receipt of *pro se* Plaintiff Linda Yvonne Rutledge's application to proceed *in forma pauperis*. See Docket Entry No. 2. The application is granted.

The clerk is directed to serve a copy of this order by mail on counsel for Eli Lilly and on the Plaintiff.

SO ORDERED.

Jack B. Weinstein
Senior United States District Judge

Dated: August 20, 2010
      Brooklyn, New York

