| UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF NEW YORK | MEMORANDUM, ORDER,<br>AND JUDGMENT |
|---|---|
| In re: ZYPREXA PRODUCTS LIABILITY LITIGATION | 04-MD-1596 |
| LINDA RUTLEDGE,<br><br>Plaintiff,<br><br>– against –<br><br>ELI LILLY & COMPANY, PEPPER HAMILTON LLP,<br><br>Defendants. | 10-CV-3705 |

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT

★ OCT 21 2011

BROOKLYN OFFICE

**JACK B. WEINSTEIN, Senior United States District Judge:**

The court's recently filed Memorandum, Judgment, and Order granted summary judgment in favor of defendant Eli Lilly and Company ("Lilly"). *See* Memorandum, Order, and Judgment, Rutledge v. Eli Lilly & Co. et al., No. 10-CV-3705 (E.D.N.Y. Oct. 18, 2011). Plaintiff also asserted claims against Pepper Hamilton LLP, the law firm that represents Lilly. Plaintiff's claims against Pepper Hamilton LLP are dismissed for substantially the same reasons set forth in the Memorandum, Order, and Judgment granting summary judgment to Lilly against Ms. Rutledge.

No costs or disbursements.

SO ORDERED.

Jack B. Weinstein

10/20/11

1



Senior United States District Judge

Date: October 20, 2011
Brooklyn, New York